IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01985-WYD-MJW

ZEILER FARMS, INC.,

Plaintiff,

v.

ANADARKO E & P CO LP, et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Unopposed Motion to Amend (Docket No. 19) is granted, and the tendered First Amended Complaint (Docket No. 19, Exhibit 1) is accepted for filing as of the date of this Minute Order

Date: January 8, 2008