IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01985-WYD-MJW

ZEILER FARMS, INC.,

Plaintiff,

v.

ANADARKO E & P CO LP, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 42) is GRANTED. The written Stipulated Protective Order (docket no. 42-2) is APPROVED as amended in paragraph 8 and made an Order of Court.

Date: June 16, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01985-WYD-MJW

ZEILER FARMS, INC.,

Plaintiff,

v.

ANADARKO E & P CO LP, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 42) is GRANTED. The written Stipulated Protective Order (docket no. 42-2) is APPROVED as amended in paragraph 8 and made an Order of Court.

Date: June 16, 2008