**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   September 1, 2009 |
| E.C.R./Reporter:   Therese Lindblom | |

Civil Action No: **07-cv-01985-WYD-MJW**        Counsel:

**ZEILER FARMS, INC.**,                               Thomas R. Rice

      Plaintiff,

v.

**ANADARKO E & P COMPANY, L.P., et al.**,        Michael J. Gallagher
                                                 Gail L. Wurtzler
      Defendants.                               Osborne J. Dykes, III
                                                 Kenneth A. Wonstolen

**COURTROOM MINUTES**

**MOTIONS HEARING**

**10:12 a.m.**     Court in Session

             APPEARANCES OF COUNSEL.

             Court's opening remarks.

             Defendants' Motion for Entry of Judgment and to Vacate Trial Date [doc. #73], filed May 8, 2009, is raised for argument.

10:16 a.m.     Argument by Defendants (Mr. Gallagher).

10:18 a.m.     Argument by Plaintiff (Mr. Rice).

10:21 a.m.     Argument by Defendants (Mr. Dykes).

10:32 a.m.     Argument by Plaintiff (Mr. Rice).

| | |
|---|---|
| 10:37 a.m. | Argument by Defendants (Mr. Gallagher). |
| 10:53 a.m. | Argument by Plaintiff (Mr. Rice). |

**ORDERED:** Defendants' Motion for Entry of Judgment and to Vacate Trial Date [doc. #73], filed May 8, 2009, is **GRANTED IN PART and DENIED IN PART.**

**ORDERED:** Parties shall file proposed findings of fact and conclusions of law, witness lists, and exhibit lists not later than **Wednesday, September 23, 2009** in anticipation of the November 2, 2009 Trial to Court.

**11:06 a.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:54**