IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01985-WYD-MJW

ZEILER FARMS, INC.,

    Plaintiff,

v.

ANADARKO E&P COMPANY LP f/k/a RME PETROLEUM COMPANY;
ANADARKO LAND COMPANY f/k/a RME LAND CORP.; and
UNIOIL, INC.

    Defendants.

---

## ORDER

---

THIS MATTER comes before me on a review of the file in anticipation of the upcoming trial in this matter. Currently pending are Defendant Unioil's Motion to Exclude Plaintiff's Expert, Ron Briggs filed October 2, 2008 [d/e 55] and Defendant Unioil's Motion to Exclude Plaintiff's Expert, Basil Katsaros filed October 2, 2008 [d/e 56]. Because these motions were filed well in advance of the Court's rulings that have left only a declaratory judgment claim for trial (*See* [d/e 72, 78]), these motions are denied with leave to re-file to take into account the present posture of this case. Accordingly, it is

ORDERED that Defendant Unioil's Motion to Exclude Plaintiff's Expert, Ron Briggs filed October 2, 2008 [d/e 55] and Defendant Unioil's Motion to Exclude Plaintiff's Expert, Basil Katsaros filed October 2, 2008 [d/e 56] are **DENIED** with leave to re-file no later than **Friday, April 2, 2010**. Plaintiff's Response, if any, shall be filed by **Friday,**

**April 9, 2010**.  No replies will be permitted.

    Dated:  March 23, 2010

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Chief United States District Judge