IN THE UNITED STATES DISTRICT COURT
                              FOR THE DISTRICT OF COLORADO
                              CHIEF JUDGE WILEY Y. DANIEL

Courtroom Deputy:    Robert R. Keech           Date:   April 6, 2010
E.C.R./Reporter:     Therese Lindblom

Civil Action No: **07-cv-01985-WYD-MJW**        Counsel:

**ZEILER FARMS, INC.**,                         Thomas R. Rice
                                                Lance Astrella
           Plaintiff,

v.

**ANDARKO E.P. COMPANY, L.P., et al.**,         Michael J. Gallagher
                                                Osborne J. Dykes, III
           Defendants.                          Ken Wonstolen


                                    **COURTROOM MINUTES**


**TRIAL PREPARATION CONFERENCE**

**3:15 p.m.**    Court in Session

                 APPEARANCES OF COUNSEL.

                 Court's opening remarks.

3:16 p.m.        Discussion regarding trial schedule and the trial lasting two or three days.

3:18 p.m.        Discussion regarding issue that remains for trial.

**ORDERED:**     Parties shall file a glossary of terms not later than **Thursday, April 15, 2010.**

3:20 p.m.        Discussion regarding stipulations, gaps in the exhibit numbering, and other
                 issues which have been narrowed down.

Defendants' Amended Motion to Exclude the Testimony of Plaintiff's Expert Ron Briggs [doc. #90], filed April 2, 2010, is raised for argument.

3:22 p.m.   Argument by Defendants (Mr. Dykes).

3:24 p.m.   Argument by Plaintiff (Mr. Rice).

**ORDERED:**   Defendants' Amended Motion to Exclude the Testimony of Plaintiff's Expert Ron Briggs [doc. #90], filed April 2, 2010, is **DEFERRED.**

3:26 p.m.   Discussion regarding witness and exhibit lists.

**ORDERED:**   Trial to Court will commence on Monday, April 19, 2010, at 8:30 a.m.

**ORDERED:**   Counsel shall renumber exhibits and file revised exhibit lists not later than **Thursday, April 15, 2010.**

**3:30 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :15**