**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: April 19, 2010 |
| E.C.R./Reporter: Therese Lindblom | |

Civil Action No: **07-cv-01985-WYD-MJW**         Counsel:

**ZEILER FARMS, INC.**,                                         Thomas R. Rice
                                                                              Lance Astrella
            Plaintiff,

v.

**ANADARKO E.P. COMPANY, L.P., et al.**,        Michael J. Gallagher
                                                                              Osborne J. Dykes, III
            Defendants.                                              Ken Wonstolen

**COURTROOM MINUTES**

**TRIAL TO COURT (DAY 1)**

**9:18 a.m.**     Court in Session

                       APPEARANCES OF COUNSEL.

                       Court's opening remarks.

9:19 a.m.     Opening statement by Plaintiff (Mr. Astrella).

9:21 a.m.     Opening statement by Defendants (Mr. Dykes).

9:28 a.m.     Opening statement by Defendants (Mr. Gallagher).

9:36 a.m.   Plaintiff's witness **Conrad Zeiler** sworn.

Direct examination by Plaintiff (Mr. Astrella).
*EX ID:        2, 1, 3, 4, 5, 13, 9, 10, 11*

**Exhibit/s 2, 1, 3, 4, 5, 13, 9, 10, 11 RECEIVED.**

10:40 a.m.  Cross examination by Defendants (Mr. Gallagher).
*EX ID:        1, 44, 5, 13, 10, 49*

**Exhibit/s 44 RECEIVED.**

**11:22 a.m.**   Court in Recess

**11:50 a.m.**   Court in Session

Plaintiff's witness **Conrad Zeiler** resumes.

11:50 a.m.  Cross examination by Defendants continues (Mr. Gallagher).

11:53 a.m.  Cross examination by Defendants (Mr. Dykes).
*EX ID:        A33, 37, 38, 39, A31, 8*

**Exhibit/s A33, 8 RECEIVED.**

12:21 p.m.  Re-Direct examination by Plaintiff (Mr. Astrella).
*EX ID:        10, A33, 14, 48, A22, 8, 7, 6, A21, A22, A23, A24, A25, A26, A27, A28, A29, A30*

**Exhibit/s 14, 48, 7, 6, A21 A22, A23, A24, A25, A26, A27, A28, A29, A30 RECEIVED.**

12:34 p.m.  Court's examination of witness.

**12:43 p.m.**   Court in Recess

**2:01 p.m.**    Court in Session

Plaintiff's witness **Richard Zeiler** sworn.

Direct examination by Plaintiff (Mr. Astrella).
*EX ID:        5, 15, 17, 18, 19*

**Exhibit/s 15, 17, 18, 19 RECEIVED.**

| | |
|---|---|
| 2:27 p.m. | Cross examination by Defendants (Mr. Gallagher).<br>***EX ID:***   ***17, 16, A4, A5*** |

**Exhibit/s 16, A4, A5 RECEIVED.**

| | |
|---|---|
| 3:00 p.m. | Cross examination by Defendants (Mr. Dykes).<br>***EX ID:***   ***170*** |
| 3:07 p.m. | Re-Direct examination by Plaintiff (Mr. Astrella).<br>***EX ID:***   ***1*** |
| 3:13 p.m. | Re-Cross examination by Defendants (Mr. Gallagher). |
| **3:15 p.m.** | Court in Recess |
| **3:34 p.m.** | Court in Session |
| 3:34 p.m. | Plaintiff's witness **Arthur Ronald Briggs** sworn.<br><br>Direct examination by Plaintiff (Mr. Astrella).<br>***EX ID:***   ***1, 9*** |

***Witness tendered and accepted as an expert.***

| | |
|---|---|
| **ORDERED:** | Defendant Unioil, Inc.'s Amended Motion to Exclude the Testimony of Plaintiff's Expert, Ron Briggs [doc. #90], filed April 2, 2010, is **DENIED.** |
| 4:11 p.m. | Cross examination by Defendants (Mr. Dykes).<br>***EX ID:***   ***26, deposition of Ron Briggs (8/6/08) for purposes of impeachment, 22*** |
| **4:59 p.m.** | Court in Recess - TRIAL CONTINUED |

**TOTAL TIME:   5:36**