IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

Civil Action No.: 07-cv-01985-WYD-MJW

ZEILER FARMS, INC.,

    Plaintiff,

v.

ANADARKO E & P COMPANY, L.P., f/k/a RME Petroleum Company;
ANADARKO LAND COMPANY, f/k/a RME LAND CORPORATION; and
UNIOIL, INC.,

    Defendants.

---

ORDER REGARDING CUSTODY
OF EXHIBITS AND DEPOSITIONS

---

It is ORDERED that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado, this 20th day of April, 2010.

BY THE COURT:

s\ Wiley Y. Daniel
WILEY Y. DANIEL,
Chief United States District Judge